1 | ROSENDO GONZALEZ, TRUSTEE (State Bar No. 137352)
530 South Hewitt Street, Suite 148
2 | Los Angeles, CA  90013

3 | Telephone:    (213) 452-0071
Facsimile:    (213) 452-0080

4

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES**

In Re:                                          Case No.: 2:10-39894-BB

CARLOS ENRIQUE HERRERA

Chapter: 7

NOTICE OF CONTINUED MEETING OF
CREDITORS AND APPEARANCE OF
DEBTOR [11 USC 341(a)]

                    Debtor(s)

COUNSEL: JOHN ASUNCION
TO THE ABOVE NAMED DEBTOR(S):

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section
341(a) in the above-entitled matter was continued to 10/29/10 at 01:30 PM at 725 S. FIGUEROA
ST., LOBBY LEVEL, LOS ANGELES, CALIFORNIA 90017, for the reason set forth below:

☒  Additional documents have been requested and/or documents received are in the
     process of review. The Trustee may require further information and if so, you will
     be contacted. Failure to provide requested documentation may result in a motion to
     dismiss your case filed by the Trustee.

Dated:    October 4, 2010                       /s/ Rosendo Gonzalez
                                                ROSENDO GONZALEZ, TRUSTEE

# PROOF OF SERVICE

## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES

STATE OF CA, COUNTY OF LOS ANGELES

 I'm employed in the county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 530 South Hewitt Street, Suite 148, Los Angeles, CA  90013.

 On <u>October 4, 2010</u>, I served the foregoing document described as Notice of Continued Meeting on the interested parties in action.

☒ By placing true copies thereof enclosed in sealed envelope(s) addressed as follows:

CARLOS ENRIQUE HERRERA
3572 BRENTON AVENUE, #H
LYNWOOD, CA  90262

JOHN ASUNCION
4311 WILSHIRE BLVD STE 602
LOS ANGELES, CA  90010

☒ **BY MAIL**
 ☒ I deposited such envelope in the mail at Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid.
 ☒ I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  Executed on <u>October 4, 2010</u>, at Los Angeles, California.
 ☒ I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

/s/ GABRIELA GARCIA
GABRIELA GARCIA